UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
ANTHONY GEORGE,

                                 **Plaintiff,**

                -against-

DUTY WARDEN COLLIANS, DUTY WARDEN
RIVERA, DUTY WARDEN CRIPPS, DEPARTMENT
OF CORRECTIONS,

                                **Defendants.**
------------------------------------------------------------------- x

NOTICE OF APPEARANCE

07 Civ. 7907 (LAP)

       **PLEASE TAKE NOTICE** that **David M. Hazan**, Assistant Corporation Counsel, hereby appears as counsel of record on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants Department of Correction and Sybenia Collins.[1]

Dated: New York, New York
       March 10, 2008

                                            MICHAEL A. CARDOZO
                                            Corporation Counsel
                                                of the City of New York
                                            Attorney for Defendants Department of Correction
                                            and Sybenia Collins
                                            100 Church Street
                                            New York, New York 10007
                                            (212) 788-8084

                                  By: _____
                                       David M. Hazan (DH-8611)
                                       Assistant Corporation Counsel
                                       Special Federal Litigation Division

---

[1] This case has been assigned to Assistant Corporation Counsel Philip S. Frank, who is presently awaiting admission to practice law in the Southern District of New York and is handling this matter under supervision. Mr. Frank may be reached directly at (212) 788-0893.