MAILED TO COUNSEL 3/31

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANTHONY GEORGE,

                              Plaintiff,

-against-

DUTY MINER, CAPTAIN JOHN, CAPTAIN BOWEN,
CAPTAIN WASACK, JOHN DOE OFFICERS

                              Defendants.

-----------------------------------------------------------------X

**STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE**

07 Civ. 6596 (LAP)(RLE)

RECEIVED
3 1 2008
LORETTA A. PRESKA
U. S. DISTRICT JUDGE
S. D. N. Y.

-----------------------------------------------------------------X

ANTHONY GEORGE,

                              Plaintiff,

-against-

DUTY WARDEN COLLIANS, DUTY WARDEN
RIVERA, DUTY WARDEN CRIPPS, DEPARTMENT
OF CORRECTIONS,

                              Defendants.

07 Civ. 7907 (LAP)

-----------------------------------------------------------------X

      **WHEREAS,** plaintiff Anthony George commenced the action entitled <u>Anthony George v. Duty Miner et al.</u>, 07 Civ. 6596 (LAP) (RLE), by filing a complaint on or about July 23, 2007, alleging that defendants violated his constitutional rights; and

      **WHEREAS,** plaintiff Anthony George commenced the action entitled <u>Anthony George v. Duty Warden Collians, et al.</u>, 07 Civ. 7907 (LAP), by filing a complaint on or about September 7, 2007, alleging that defendants violated his constitutional rights; and

**WHEREAS,** defendants in both actions have denied any and all liability arising out of plaintiff's allegations; and

**WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

1. The above-referenced actions are hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2. Defendant City of New York hereby agrees to pay plaintiff Anthony George the sum of ***One Thousand Dollars ($1,000.00)*** in full satisfaction of all claims, including claims for costs, fees and expenses. In consideration for the payment of this sum, plaintiff Anthony George agrees to dismissal with prejudice of all claims against defendants, and to release all defendants, and any present or former employees or agents of the City of New York, and the New York City Department of Correction, from any and all liability, claims, or rights of action under state or federal law arising from and contained in the complaints in these actions, including claims for costs, expenses or attorneys fees.

3. Plaintiff Anthony George shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a release based on the terms of paragraph "2" above, and an Affidavit of No Liens.

4. Nothing contained herein shall be deemed to be an admission by defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any

- 3 -

other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

        5.     Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York, or the New York City Department of Correction.

6. This Stipulation and Order, comprising four typewritten pages, contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto or to vary the terms and conditions contained herein.

Dated: New York, New York
       March 27, 2008

Anthony George
308 East 175th Street
Bronx, NY 10457
(718) 715-9972

MICHAEL A. CARDOZO
Corporation Counsel
   of the City of New York
Attorney for Defendant City of New York
100 Church Street, Room 3-186
New York, N.Y. 10007
(212) 788-8084

By: _____
    Anthony George

By: _____
    David M. Hazan (DH-8611)
    Assistant Corporation Counsel
    Special Federal Litigation Division

SO ORDERED:

The Clerk of the Court Shall mark this action closed and all pending motions denied as moot.

SO ORDERED:
_____
LORETTA A. PRESKA, U.S.D.J.

Honorable Loretta A. Preska
United States District Judge, S.D.N.Y.

March 31, 2008